JOHNSON vs. THE STATE OF GEORGIA.

When a *certiorari* to the decision of a county judge in a criminal case is sought, it must affirmatively appear that the petition, duly sanctioned, was filed in the clerk's office within ten days from the trial ; otherwise, the will *certiorari* be dismissed. Code, §301 ; 64 *Ga.*, 751, 599 ; 60 *Ib.*, 632.

December 5, 1882.

JACKSON, Chief Justice.

[This *certiorari* was dismissed in the court below because

it was not filed in office and the writ obtained within ten days after the decision complained of.   To this ruling exception was taken.]